

Oklahoma City Police Department
DNA Laboratory
616 Colcord Drive, Suite 217
Oklahoma City, Oklahoma 73102

# FORENSIC EXAMINATION REPORT
## DNA ANALYSIS UNIT

**DEFENDANT(S):** SIMMS, BRIAN

**SUBMITTED BY:** DET. SGT. R. BENAVIDES

**VICTIM(S):**

**DATE RECEIVED:** JULY 16, 2013

**DATE REPORTED:** OCTOBER 18, 2013

**INCIDENT NUMBER:** 13-057599

**LABORATORY NUMBER:** SD-13-238

**CLASSIFICATION:** HOMICIDE

## ITEMS SUBMITTED

The following evidence was transferred by Property Clerk, Susan Gentry, on August 29, 2013, received from Crime Scene Unit Sgt. C. McBride, one (1) tape sealed evidence envelope containing:

Items #1 through #6 obtained from Brian Simms.

| | |
|---|---|
| Item #1 | One (1) blood stain card. |
| Item #2A/B | Two (2) oral swabs, not examined. |
| Item #3A/B | Two (2) penile swabs, not examined. |
| Item #4A/B | Two (2) rectal swabs, not examined. |
| Item #5 | Scalp hair, not examined. |
| Item #6 | Pubic hair, not examined. |

The following evidence was transferred by Property Clerk, Susan Gentry, on August 29, 2013, received from Crime Scene Unit Sgt. Timme, one (1) tape sealed evidence envelope containing:

Items #7 and #8 obtained from 311 S. Klein Avenue, Oklahoma City, OK.

Item #7A/B    One (1) tape sealed manila coin envelope containing two (2) swabs from the grip, trigger, and rear slide pull potion of Item #11 (pistol).



EXHIBIT 4

LAB NUMBER: SD13-238

ANALYST: ELAINE M. TAYLOR



Oklahoma City Police Department
Forensic Science Support Unit
DNA Analysis Laboratory
Profile Summary Form

DATE: OCTOBER 18, 2013

| SAMPLE NUMBER | D3S1358 | TH01 | D21S11 | D18S51 | Penta E | D5S818 | D13S317 | D7S820 | D16S539 | CSF1P0 | Penta D | AMEL | vWA | D8S1179 | TPOX | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #7A Trigger/ trigger guard | 14,16 | 6,9 | 27,28 | 13,16 | 7,14 | 11,12 | 12,14 | 11 | 10,11 | 10 | 5,9 | X,Y | 14,18 | 12,14,* | 8,11 | 19.2, 22 |
| #8A Live rounds | 14,16 | 6,9 | 27,28 | 13,16 | 7,14 | 11,12 | 12,14,* | 11 | 10,11 | 10 | 5,9 | X,Y | 14,18 (16) | 12,14 | 8,11 | 19.2, 22 |
| #1 B. Simms | 14,16 | 6,9 | 27,28 | 13,16 | 7,14 | 11,12 | 12,14 | 11 | 10,11 | 10 | 5,9 | X,Y | 14,18 | 12,14 | 8,11 | 19.2, 22 |

NOTE: The Loci *Penta E* & *Penta D* are not used in any statistical calculations.
X = Female   X,Y = Male

* = Possible alleles present below threshold
( ) = Minor Allele

NR = No Result
INC = Inconclusive

Item #8A/B    One (1) tape sealed manila coin envelope containing two (2) swabs from the outside of all ten (10) live rounds, Item #11B.

## REQUESTED ANALYSIS

Attempt to develop a DNA profile from the evidence collected at the crime scene.

## RESULTS OF ANALYSIS

Items #7A (trigger, grip, and rear slide pull swab) tested positive to Hemastix, a presumptive test for blood.

Insufficient sample was available for a confirmatory test via Takayama reagent for Items #7A (trigger, grip, and rear slide pull swab).

Deoxyribonucleic Acid (DNA) was isolated from Items #1 (B. Simms Known Reference), #7A (trigger, grip, and rear slide pull swab), and #8A (live rounds swab) and characterized through the Polymerase Chain Reaction (PCR) at the Short Tandem Repeat (STR) genetic loci listed on the attached chart. Based on these results, the DNA profiles obtained from Items #7A (trigger, grip, and rear slide pull swab) matches the DNA profile obtained from Item #1 (B. Simms Known Reference) at all genetic loci tested.

The DNA profile obtained from Item #8A (live rounds) matches the DNA profile obtained from Item #1 (B. Simms Known Reference) at all genetic loci tested. An additional minor allele was also detected at the loci vWA.

## DISPOSITION OF EVIDENCE

The remaining morgue evidence and swabs are retained in the Serology freezer. The remaining DNA extracts are retained in the Oklahoma City Police Department DNA freezer.

*Elaine M. Taylor*
Elaine M. Taylor, Senior Forensic Scientist

This report contains the conclusions and interpretations of the analyst whose signature appears on the report.

Pursuant to Title 22 O.S. Section 751, I hereby certify that I am maker of this document, and that it is a true and correct report to the findings of The Oklahoma City Police Department Forensic Laboratory.

EMT:bl

cc:    Homicide Unit – Detective Sgt. R. Benavides




The City of
# OKLAHOMA CITY
POLICE DEPARTMENT
William Citty
Chief of Police

*An ASCLD/LAB International*
*Accredited Laboratory Since 2011*

Oklahoma City Police Department
DNA Laboratory
616 Colcord Drive, Suite 217
Oklahoma City, Oklahoma 73102

# FORENSIC EXAMINATION REPORT
## DNA ANALYSIS UNIT
## SUPPLEMENTAL

| | | | |
|---|---|---|---|
| **DEFENDANT(S):** | SIMMS, BRIAN | **SUBMITTED BY:** | DET SGT R BENAVIDES |
| **VICTIM(S):** | | **DATE RECEIVED:** | JULY 16, 2013 |
| **DATE REPORTED:** | NOVEMBER 30, 2015 | **INCIDENT NUMBER:** | 13-057599 |
| **LABORATORY NUMBER:** | SD13-238 | **CLASSIFICATION:** | HOMICIDE |

### ITEMS SUBMITTED:

For a complete inventory of items submitted please see Forensic Examination Report DNA Analysis Unit dated October 18, 2013 by Senior Forensic Scientist Elaine Taylor.

### REQUESTED ANALYSIS:

Please furnish a statistical estimation of the DNA profiles obtained compared to Brian Simms.

### RESULTS OF ANALYSIS – DNA:

| Items: | Results: |
|---|---|
| Items #7A (Trigger/Trigger Guard Swab) and #8A (Live Rounds Swab) | The DNA profiles obtained from Items #7A and #8A matches the DNA profile obtained from Item #1 (B Simms Known Reference) at all genetic loci listed in the previously reported chart. Assuming a single source, the probability of selecting an unrelated individual at random from the population having this genetic profile is approximately one (1) in 7,812,000,000,000,000,000,000 in African Americans, one (1) in 2,484,000,000,000,000,000,000 in Caucasians and one (1) in 20,670,000,000,000,000,000,000 in Southwest Hispanics. |

FORENSIC EXAMINATION REPORT SD13-238

*Elaine M. Taylor* (signature)
Elaine M Taylor
Senior Forensic Scientist

This report contains the conclusions and interpretations of the analyst whose signature appears on the report.

Pursuant to Title 22 O.S. Section 751, I hereby certify that I am maker of this document, and that it is a true and correct report to the findings of The Oklahoma City Police Department Forensic Laboratory.

Cc. – Homicide – Det Sgt R Benavides