IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLESETTA REDD, individually and as Personal Representative of the ESTATE of BRIAN SIMMS, JR., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BIG DOG HOLDING COMPANY, L.L.C. d/b/a OKLAHOMA CITY PUBLIC FARMERS MARKET et al.,<br><br>Defendants. | Case No. CIV-15-263-C |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that the Motion for Summary Judgment of Defendant Paul Galyon should be granted, Plaintiff's Motion for Partial Summary Judgment as to Defendant Galyon should be denied, Defendant City's Motion for Summary Judgment should be granted, and Defendant William Citty's Motion for Summary Judgment should be granted. Judgment is therefore entered on behalf of all Defendants and against Plaintiff.

DATED this 3rd day of May, 2018.

*ROBIN J. CAUTHRON*
United States District Judge