IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLESETTA REDD, Individually and as Personal Representative of the ESTATE of BRIAN SIMMS, JR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-15-263-C |
| BIG DOG HOLDING COMPANY, L.L.C. d/b/a OKLAHOMA CITY PUBLIC FARMERS MARKET, et al., | ) ) ) ) | |
| Defendants. | ) | |

ORDER

On April 28, 2021, Plaintiff filed a Notice of Voluntary Dismissal, purporting to dismiss their gross negligence claims against Defendant 365 Live Entertainment, LLC. Plaintiff stated that since Defendant 365 Live had not responded in this action, the dismissal was automatic pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The court file reflects that Defendant 365 Live filed an Answer on October 20, 2015 (Dkt. No. 57). However, review of that document reflects that it was not signed by an attorney. Because Defendant 365 LLC, is a corporate entity, it can only be represented by a licensed attorney. Accordingly, the Court finds the Answer filed on behalf of Defendant 365 Live is a nullity. Therefore, Plaintiff's Notice automatically terminated Plaintiff's gross negligence claims against Defendant 365 Live. By virtue of this action and the Court's earlier partial grant of Plaintiff's Motion for Summary Judgment, all claims against Defendant 365 Live have

been resolved. Accordingly, Judgment will enter on Plaintiff's claims against this Defendant.

IT IS SO ORDERED this 26th day of May 2021.

ROBIN J. CAUTHRON
United States District Judge