IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLESETTA REDD, individually and as Personal Representative of the ESTATE of BRIAN SIMMS, JR., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BIG DOG HOLDING COMPANY, L.L.C. d/b/a OKLAHOMA CITY PUBLIC FARMERS MARKET, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-263-C<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Upon consideration of the pleadings herein, the Court's November 28, 2016, Order granting Plaintiff's Motion for Summary Judgment, in part and the Court's May 26, 2021, Order dismissing Plaintiffs' gross negligence claims,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover from Defendant 365 Live Entertainment, LLC, $950,000.00 on the negligence claim. All other claims by Plaintiff against Defendant 365 Live, LLC, shall be and are hereby dismissed with prejudice.

DATED this 26th day of May 2021.

_____
ROBIN J. CAUTHRON
United States District Judge